UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-8318-JPO |
| ) | |
| WEIQIANG ZHANG, ) | |
| ) | |
| Defendant. ) | |

# DETENTION ORDER

### A.  Order for Detention.

After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) on December 17, 2013, the undersigned U.S. Magistrate Judge, James P. O'Hara, hereby orders the defendant, WEIQIANG ZHANG, detained pursuant to 18 U.S.C. §§ 3142(e) & (i).

### B.  Statement of Reasons for Detention.

As the ultimate reason for detaining defendant, the court finds by a preponderance of the evidence, that no condition or combination of conditions will reasonably assure the appearance of defendant as required, i.e., defendant poses a serious flight risk.

### C.  Findings of Fact.

The court's findings in connection with the decision to detain defendant are based on the evidence presented during the detention hearing, and information contained in the pretrial services report, including the following:

- ☒ (1) Nature and circumstances of the offense charged in the present case: conspiracy to steal commercial trade secrets.

- ☒ (2) The record indicates the Government has a strong case against defendant.

- ☒ (3) The history and characteristics of defendant, including:

⊠ Defendant has substantial financial resources ($120,000 in equity in house; $20,000 in stocks; access to funds through friends, family, and wealthy in-laws in China; access to funds through various investments in China).

⊠ Defendant is a legal alien and will be subject to deportation if convicted.

⊠ Other: recent travel to China under circumstances suggesting that defendant concealed true purpose of those trips from his U.S. employer; evidence that defendant has "structured" cash receipts from Chinese sources to evade U.S. reporting requirements; evidence suggesting that defendant lied to investigating agents on numerous material points (after being advised of *Miranda* rights).

**D.     Additional Directives.**

Pursuant to 18 U.S.C. §§ 3142(i)(2)-(4), the court directs defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel of record in this case. On order of a court of the United States, or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.


Dated:   December 18, 2013               s/ James P. O'Hara
                                         James P. O'Hara
                                         U.S. Magistrate Judge