# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                            **CASE NO.   13-20134-CM**

**WEIQIANG ZHANG,**
      **Defendant.**

## MOTION TO DISMISS COUNT 2 OF THE SUPERSEDING INDICTMENT

The United States of America, by and through undersigned counsel, respectfully requests that this Court issue an order dismissing Count 2 of the Superseding Indictment which was filed on September 8, 2016 (doc. 117).

The defendant has no objection to this request.

THEREFORE, it is respectfully requested that the Court dismiss Count 2 of the Superseding Indictment.

                            Respectfully Submitted,

                            Thomas E. Beall
                            United States Attorney
                            District of Kansas

                             s/Scott C. Rask
                            Scott C. Rask, #15643
                            Assistant United States Attorney
                            500 State Avenue, Suite 360
                            Kansas City, Kansas 66101
                            (913) 551-6730
                            (913) 551-6541 (fax)
                            Scott.Rask@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 30, 2017, this Motion was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to attorneys of

record.

Thomas W. Bartee
Office of Federal Public Defender - KCK
500 State Avenue, Suite 201
Kansas City, KS 66101-2400
913-551-6712
Fax: 913-551-6562
tom_bartee@fd.org
Attorney for Weiqiang Zhang


 s/Scott C. Rask
Scott C. Rask, #15643
Assistant United States Attorney