IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 13-20134-CM |
| | ) | |
| WEIQIANG ZHANG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **ORDER**

Now on this <u>30TH</u> day of January, 2017, this matter comes before the Court upon the

motion of the government for an order dismissing Count 2 of the Superseding Indictment (doc.

207).

The Court, after reviewing the motion and being fully advised finds good reason exists for

Count 2 of the Superseding Indictment to be dismissed.

IT IS SO ORDERED.

Dated this <u>30TH</u> day of January, 2017.


/s/ Carlos Murguia
HONORABLE CARLOS MURGUIA
United States District Judge