ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WEIQIANG ZHANG,

    Defendant.

Case No. 13-20134-01

## VERDICT

We, the jury in the above entitled case, duly impaneled and sworn, upon our oaths find the defendant, Weiqiang Zhang,

(GUILTY)
NOT GUILTY    ) as charged in Count 1.

(GUILTY)
NOT GUILTY    ) as charged in Count 3.

(GUILTY)
NOT GUILTY    ) as charged in Count 4.

Is your verdict in the above-titled case unanimous?

    _X_ Yes    No ___

2/16/17
DATE

[signature redacted]
FOREPERSON

NOTE: Circle "guilty" or "not guilty" to properly reflect your verdict.