IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION NO. 13-20134-01** |
| v. ) | |
| ) | |
| WEIQIANG ZHANG, ) | |
| ) | |
| Defendant. ) | |

## TRIAL EXHIBITS

I hereby certify that all exhibits admitted into evidence during trial have been accounted for and given to the jury for their review and examination during deliberations.

_____ #15643
Attorney for Plaintiff

_____ 21748
Attorney for Defendant