CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                               Case No:      13-20134-01

**WEIQUIANG ZHANG,**

      Defendant.

Attorneys for Government: **Scott Rask; Matthew Walczewski; Brian Resler**
Attorney for Defendant: **Tom Bartee**

| JUDGE: | Hon. Carlos Murguia | DATE: | 4/4/2018 |
|---|---|---|---|
| CLERK: | Jeff Hokanson | TAPE/REPORTER: | Nancy Wiss |
| INTERPRETERS: | Christine Lau; Yiwen Thompson | PRETRIAL/PROBATION: | Ruth Yorke |

Date of Conviction: **2/16/2017**
Offenses:  Count 1: **CONSPIRACY TO SELL TRADE SECRETS**
                (a Class C Felony) 18 U.S.C. § 1832(a)(5)
        Count 3: **CONSPIRACY TO COMMIT INTERSTATE TRANSPORTATION OF STOLEN PROPERTY**
                (a Class D Felony) 18 U.S.C. § 371
        Count 4: **TRANSPORTATION OF STOLEN PROPERTY**
                (a Class C Felony) 18 U.S.C. § 2314, 18 U.S.C. § 2

☒ For Details of Sentence See Judgment and Commitment Order

☒ Restitution Ordered under 18:3663        $____    on count(s) 1, 3, 4

☒ <u>Total Restitution:</u>        ***imposed; amount to be determined***

☐ **Total Fine:**        *waived*

☒ Defendant Assessed under 18:3013    $300.00    on count(s) 1, 3, 4

☒ **Total Assessment:**    $**300.00**

☐ ____ dismissed by the court on the motion of the United States.
☒ **Government** ☒ **Defendant** - **Advised of right to appeal**
☒ Defendant to voluntarily surrender: **at time and location designated by the United States Marshals Services**
☐ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted    ☐ Denied

☒ <u>Notes</u>: **Court sentences defendant to controlling term of 121 months imprisonment**. **Court imposes 3 years term of supervised release to follow imprisonment.** Restitution is imposed pursuant 18 U.S.C. § 3663 A; however, restitution amount remains open pursuant to further Court ruling. Interest on restitution is waived. No denial of federal benefits and no fine imposed. Court adopts mandatory, standard, and special conditions of supervised release as set forth Part D of the Sentencing Recommendations Report. Defendant to ordered to cooperate with immigration authorities after term of imprisonment served. Defendant is to have <u>no contact</u> with codefendant Wengui Yan. Defendant to surrender voluntarily at time and location as designated by the United States Marshals Service. Defendant ordered to pay outstanding location monitoring fees and to surrender passport to Court immediately if not done so previously. *See following page for complete record of proceedings*.

**RECORD OF PROCEEDINGS**

**OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**:

Government withdraws its objection to use of 2016 United States Sentencing Guidelines Manual to calculate sentence.

Government presents testimony, evidence, and argument and rests.

Defendant presents evidence and argument and rests.

Court recesses to consider testimony, evidence, and argument.

Court returns, and rules as to Defendant's Objections to the Presentence Investigation Report as follows for reasons as set forth on the record:

- Objection #1:        Overruled
- Objection #2:        Overruled
- Objection #3:        Overruled
- Objection #4:        Sustained
- Objection #5:        Taken Under Advisement; amount of restitution remains open.

Defendant objects on procedural reasonableness to rulings made to PSR Objections #1, #2, and #3.  Objections noted for record.

Based on rulings, Court finds that Offense Level is 32 and Criminal History Category is 1 and that calculated sentencing guidelines range is 121-151 months imprisonment.

**SENTENCING PHASE**:

Victim statement made by representative of Ventria Bioscience.

Government makes arguments and rests.

Defendant makes arguments and rests.

Court sentences defendant to 121 months controlling term of imprisonment.   Three (3) years term of supervised release to follow imprisonment.

Court imposes restitution pursuant to 18 U.S.C. § 3663 A.   Interest on restitution is waived.  Amount of restitution remains open pending further Court ruling.  Court imposes briefing deadlines regarding amount of restitution:

- DEFENDANT'S BRIEF:             APRIL 11, 2018
- GOVERNMENT'S RESPONSE:         APRIL 18, 2018

After reviewing briefs, Court will rule on restitution amount or schedule restitution hearing.  If parties consult and reach resolution by agreement, parties directed to contact Court and submit prepared restitution order for Court's review and filing.

No denial of federal benefits and no fine imposed.

Court adopts mandatory, standard, and special conditions of supervised release as set forth Part D of the Sentencing Recommendations Report.  Defendant to ordered to cooperate with immigration authorities after term of imprisonment served.  Defendant is to have no contact with codefendant Wengui Yan.  Defendant to surrender voluntarily at time and location as designated by the United States Marshals Service.

Defendant to surrender voluntarily at time and location as designated by the United States Marshals Service.  Defendant ordered to pay outstanding location monitoring fees and to surrender passport to Court immediately if not done so previously.   Defendant is admonished to abide by all terms and conditions of supervised release pending surrender to the Bureau of Prisons.

Exhibits withdrawn and returned to parties.