IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-20134-01-CM |
| ) | |
| **WEIQIANG ZHANG**, ) | |
| ) | |
| Defendant. ) | |

## NOTICE REGARDING PASSPORT

The United States, by and through undersigned counsel, notifies the Court, Pretrial Services, and the defendant regarding the defendant's passport, as a follow-up to the Court's inquiry during the April 4, 2018 sentence hearing.

During the sentence hearing, the Court directed the defendant to surrender any passport as a condition to be allowed self-surrender for Bureau of Prisons placement. An initial condition of the defendant's release in this case was that he "surrender any passport" to the clerk's office. Order Setting Conditions of Release, doc. 30 at 2.

The defendant was unable to surrender his passport to the clerk's office at that time because it was taken as evidence in connection with his arrest and search of his residence. That passport remains with the evidence in this case at the FBI office, so it is unavailable for the defendant to utilize.

The Order Setting Conditions of Release also prohibits the defendant from "obtain[ing] a passport or other international travel document." *Id*.

With the passport in the custody of the FBI, the directive of the Court during the April 4 sentence hearing that the defendant relinquish his passport has been satisfied.

2

        Respectfully submitted,

        STEPHEN R. MCALLISTER
        United States Attorney


        <u>s/ Scott C. Rask</u>
        SCOTT C. RASK, #15643
        Assistant United States Attorney
        500 State Avenue, Suite 360
        Kansas City, Kansas  66101
        (913) 551-6730
        (913) 551-6541 (fax)
        Scott.Rask@usdoj.gov


## CERTIFICATE OF SERVICE

I certify that on April 5, 2018, I electronically filed this Notice with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Thomas W. Bartee
Assistant Federal Public Defender
500 State Avenue, Suite 201
Kansas City, Kansas  66101
(913) 551-6712
(913) 551-6562 (fax)
Tom_bartee@fd.org
Attorney for defendant


        <u>s/ Scott C. Rask</u>
        SCOTT C. RASK, #15643
        Assistant United States Attorney