**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

**PRETRIAL PROCEEDINGS**

| UNITED STATES OF AMERICA, | Skipper Jacobs |
|---|---|
| Plaintiff, | |
| v. | Case No: 13-20134-01-CM |
| WEIQIANG ZHANG, | Tom Bartee, AFPD |
| Defendant. | |

| JUDGE: | Judge James | DATE: | 5/11/2018 |
|---|---|---|---|
| CLERK: | Sheryl Gilchrist | TAPE/REPORTER: | FTR Network @ 11:25 AM |
| INTERPRETER: | | PROBATION: | Cody McArthur |

## PROCEEDINGS

☐ Initial Rule 5/Rule 5(c)(3) - min.   ☐ Initial Revocation Hearing – min.   ☐ Bond Hearing – min.
☐ Detention Hearing – waived   ☐ Preliminary Hearing – min.   ☒ Bond Revocation Hearing – 8 min.
☐ Arraignment – 1 min.   ☐ Pretrial Conference
☐ Discovery Conference – 1 min.

☒ Charges and penalties explained to defendant   ☐ Defendant sworn/examined re: financial status
☐ Counsel appointed

☒ Constitutional Rights Explained
☐ Felony   ☐ Misdemeanor
☐ Declines to Waive Indictment   ☐ Will be presented to next Grand Jury
☐ Signed Waiver of Indictment   ☐ Information filed Click here to enter text.
☐ Advised of Rights Under Rule _____
☐ Signed Consent to Transfer _____

☐ Waived Reading of:   ☐ Read to Defendant:
    ☐ Indictment
    ☐ Information
    ☐ Number of Counts:
☐ Guilty   ☐ Not Guilty
☒ Bail Revoked
☐ Bail Fixed at: $_____
☐ Release Order executed   ☐ Continued on Present Bail
☒ Remanded to Custody

☐ Case Management Order will be issued by Magistrate Judge Sebelius
☐ Scheduling and Status Conference: _____ @ before _____
☐ Defendant's next appearance: _____ @ before _____

☒ **OTHER:** Defendant appears in person in custody and with attorney of record.  The court finds defendant violated the conditions of pretrial release and revokes his pretrial bond and remands him to custody for transportation to the designated BOP facility.